NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NET TALK.COM, INC., A FLORIDA CORPORATION,**
*Plaintiff-Appellee*

**v.**

**MAGICJACK VOCALTEC LTD., AN ISRAEL LIMITED PARTNERSHIP, MAGICJACK HOLDINGS CORPORATION, A DELAWARE CORPORATION, FKA YMAX HOLDINGS CORPORATION, MAGICJACK LP, A DELAWARE LIMITED PARTNERSHIP,**
*Defendants-Appellants*

**MICHELE BORISLOW, PERSONAL REPRESENTATIVE OF THE ESTATE OF DANIEL BORISLOW,**
*Defendant*

---

2016-1683

---

Appeal from the United States District Court for the Southern District of Florida in No. 9:12-cv-81022-DPG, Judge Darrin P. Gayles.

---

**JUDGMENT**

---

MATTHEW MCANDREWS, Niro McAndrews LLC, Chicago, IL, argued for plaintiff-appellee. Also represented by KYLE WALLENBERG.

DARRYL MICHAEL WOO, Vinson & Elkins LLP, San Francisco, CA, argued for defendants-appellants. Also represented by JANICE TA, STEPHEN C. STOUT, Austin, TX.

───────────────────

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (WALLACH, TARANTO, and STOLL, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| April 6, 2017 | /s/ Peter R. Marksteiner |
|:---:|:---|
| Date | Peter R. Marksteiner |
| | Clerk of Court |